

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.:   12–22399 – WIL    Chapter:  13

Lisa Angela Cash
12323 Manvel Lane
Bowie, MD 20715

**ORDER CONVERTING CHAPTER 13 CASE
TO A CASE UNDER CHAPTER 7
ON DEBTOR(S)' REQUEST**

Upon the consideration of the motion/application of the Debtor(s) requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor(s) to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:   Debtor(s)
      Attorney for Debtor(s) – Joy P. Robinson
      Chapter 13 Trustee – Nancy Spencer Grigsby

**13.6** – *srudolf*

**End of Order**
