

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

In Re:  Lisa Angela Cash              Case No. 12-22399-WIL
      Aka Lisa Cash                Chapter 7

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

OneWest Bank FSB, Movant

vs.

Lisa Angela Cash
Aka Lisa Cash, Debtor
Gary A. Rosen, Esq., Trustee
               Respondents

### ORDER TERMINATING AUTOMATIC STAY
### Real Property at 12323 Manvel Lane, Bowie, Maryland  20715

      Upon consideration of the Motion for Relief from Stay filed by the Movant, OneWest Bank FSB, Movant, for good cause shown, and no opposition having been filed thereto, it is:

      ORDERED, that the stay of 11 U.S.C. Section 362(a) be and hereby is terminated so as to permit the Noteholder, or its assigns, to enforce its rights under the provisions of the Deed of Trust, and/or to resume or commence foreclosure proceedings under the provisions of the Deed of Trust dated August 8, 2007, and recorded  among the land records of Prince George's County, Maryland, at Liber 28444 and folio 373 and secured by the real property of the Debtor at 12323 Manvel Lane, Bowie, Maryland  20715; and, it is further;

ORDERED, that this relief shall apply to proceedings for possession of the real property after the foreclosure.

**PARTIES TO RECEIVE COPIES:**

Lisa Angela Cash
12323 Manvel Lane
Bowie, MD  20715

Copies were sent electronically via the CM/ECF system to Joy P. Robinson, Esq., Michael T. Cantrell, Esq., and Gary A. Rosen, Esq., Trustee.

**End of Order (mcl)**