

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT GREENBELT

In Re:  Lisa Angela Cash                         Case No. 12-22399-WIL
       Aka Lisa Cash                              Chapter 7


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   OneWest Bank FSB, Movant

vs.

Lisa Angela Cash
Aka Lisa Cash, Debtor
Gary A. Rosen, Esq., Trustee
               Respondents


**AMENDED ORDER TERMINATING AUTOMATIC STAY**
**Real Property at 12323 Manvel Lane, Bowie, Maryland  20715**


     Upon consideration of the Motion for Relief from Stay filed by the Movant, OneWest Bank FSB, Movant, the Debtor's opposition thereto, and for the reasons set forth on the record at the hearing held on November 29, 2012, it is:


     ORDERED, that the stay of 11 U.S.C. Section 362(a) be and hereby is terminated so as to permit the Noteholder, or its assigns, to enforce its rights under the provisions of the Deed of Trust, and/or to resume or commence foreclosure proceedings under the provisions of the Deed of Trust dated August 8, 2007, and recorded among the land records of Prince George's County, Maryland, at Liber 28444 and folio 373 and secured by the real property of the Debtor at 12323 Manvel Lane, Bowie, Maryland  20715; and, it is further;

ORDERED, that this relief shall apply to proceedings for possession of the real property after the foreclosure.

**PARTIES TO RECEIVE COPIES:**

Lisa Angela Cash
12323 Manvel Lane
Bowie, MD  20715

Copies were sent electronically via the CM/ECF system to Joy P. Robinson, Esq., Michael T. Cantrell, Esq., and Gary A. Rosen, Esq., Trustee.

**End of Order (mcl)**