**DENIED**
**AN AMENDED ORDER TERMINATING AUTOMATIC STAY HAS BEEN ENTERED TO REFLECT THE RECORD IN THIS CASE.**



_____
WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In Re:  Lisa Angela Cash            Case No. 12-22399-WIL
        AKA Lisa Cash                Chapter 7

**********************************
One West Bank FSB, Movant

vs.

Lisa Angela Cash
Aka Lisa Cash, Debtor
Gary A. Rosen, Esq., Trustee
                    Respondents

FILED
DEC 17 2012

MOTION TO RECONSIDER
ORDER TERMINATING AUTOMATIC STAY
Real Property at 12323 Manvel Lane, Bowie, Maryland 20715

COMES NOW Lisa Angela Cash aka Lisa Cash, Debtor, proceeding pro se, and respectfully represents:

1. This motion is filed pursuant to Rule 3008 of the Federal Rules of Bankruptcy Procedure, giving the Debtor as a party of interest the right to move for reconsideration of an order allowing a claim against the estate.

2. The order terminating the automatic stay states "upon consideration of the Motion for Relief from Stay filed by the Movant, OneWest Bank, FSB, Movant, for good cause shown, and no opposition having been filed thereto, it is ordered…"

3. Opposition to the motion for relief of stay was timely filed by the Debtor on October 31, 2012, and was amended on November 21, 2012, prior to the November 29, 2012 hearing on the motion.

4. According to the notice of intent to foreclose filed by OneWest Bank, FSB on May 7, 2012 in the Circuit Court for Prince George's County Maryland (case no. CAE12-14541), Federal Home Loan Mortgage Corporation is identified as the secured party.