Entered: January 24, 2013
Signed: January 24, 2013

**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  12–22399 – WIL    Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lisa Angela Cash
*debtor has no known aliases*
12323 Manvel Lane
Bowie, MD 20715

Social Security No.:   xxx–xx–0119

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 7/2/12.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Gary A. Rosen is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** – *cadams*

### End of Order